**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 43 EAL 2015
                                 :
                     Respondent  :
                                 : Petition for Allowance of Appeal from the
                                 : Order of the Superior Court
              v.                 :
                                 :
                                 :
                                 :
ROBERT PARKER,                   :
                                 :
                     Petitioner  :


## ORDER


**PER CURIAM**

    **AND NOW**, this 29th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.